

United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois  60604

| MICHAEL W. DOBBINS, | Office of the Clerk |
|---|---|
| Clerk | |

November 22, 2011

Paul A. Duffy
Duffy Law Group, Prenda Law
2 North LaSalle Street
13th Floor
Chicago, IL 60602

Re:   Hard Drive Productions, Inc. v. Doe
USDC No.    11 cv 8341

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received.  Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Please provide this information in writing within ten (10) days of today's date.

Sincerely yours,
Michael W. Dobbins, Clerk

By:    */s/ Thelma Murry-Sykes*
          Deputy Clerk