**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Hard Drive Productions, Inc.
                          Plaintiff,

v.                                        Case No.: 1:11–cv–08341
                                                    Honorable Ruben Castillo

John Doe
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 23, 2011:

      MINUTE entry before Honorable Ruben Castillo:After careful review of this recently filed John Doe complaint, Plaintiff is given leave to proceed with expedited discovery to identify the real names of the defendants and file an amended complaint. In the meantime, the current complaint will be dismissed without prejudice. Plaintiff's counsel should also exhaust all settlement possibilities prior to filing the amended complaint.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.